# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00341-CR

**Carlos Gomez a/k/a Carlos Ulloa, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 147TH DISTRICT COURT OF TRAVIS COUNTY,
### NO. D-1-DC-06-301119, THE HONORABLE WILFORD FLOWERS, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Carlos Gomez a/k/a Carlos Ulloa seeks to appeal a judgment of conviction for Aggravated Sexual Assault of a Child. *See* Tex. Penal Code § 22.021(a)(2)(B). However, the trial court has certified that (1) this is a plea-bargain case and Gomez a/k/a Ulloa has no right of appeal, and (2) Gomez a/k/a Ulloa has waived the right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Gisela D. Triana, Justice

Before Chief Justice Rose, Justices Baker and Triana

Dismissed for Want of Jurisdiction

Filed: August 21, 2020

Do Not Publish